STATE v. HARRIS

No. 157 PC.

Case below: 19 N.C. App. 48.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. JONES

No. 133 PC.

Case below: 18 N.C. App. 531.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. LEE

No. 152 PC.

Case below: 18 N.C. App. 580.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. LEWIS

No. 162 PC.

Case below: 18 N.C. App. 681.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973. Motion of Attorney General to dismiss appeal allowed 31 August 1973.

STATE v. McDOUGALD

No. 127 PC.

Case below: 18 N.C. App. 407.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.